IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ayinde Khamisi,

    Petitioner(s),

vs.

Warden, Correctional Reception Center,

    Respondent(s).

Case Number: 1:18cv547

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 15, 2018 (Doc. 2), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 15, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, the petition is DISMISSED without prejudice subject to refiling upon the exhaustion of petitioner's state court remedies.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court